IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

Case No. 6:14-cv-1374-22-GJK

LARRY ROJAS,

    Plaintiff,

vs.

LAW OFFICES OF DANIEL C.
CONSUEGRA, P.L., a Florida
Professional corporation and
DYCK-O'NEAL, INC.,
a foreign corporation,

    Defendants.
_____ /

# MOTION FOR ENTRY OF JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiff, LARRY ROJAS, by and through his undersigned counsel, pursuant to Rule 68 of the Federal Rules of Civil Procedure, moves this Court for an Order directing the Clerk to enter Judgment in his favor and against the Defendant, THE LAW OFFICES OF DANIEL C. CONGUEGRA, in the amount of $1,001.00 and reserving Plaintiff's rights to recover attorney's fees and costs.

## BRIEF STATEMENT OF THE CASE

On July 6, 2015, Defendant, THE LAW OFFICES OF DANIED C. CONSUEGRA, served an Offer of Judgment which stated in paragraph 2 thereof that:

> Defendant, Consugra Law, offers to allow judgment to be entered against it in this action in the amount of $1,001.00 (One-Thousand One U.S. Dollars)

- 2 -

relating to Plaintiffs individual FDCPA claims asserted in the above-captioned matter, filed on or about August 25, 2014. Additionally, Consuegra Law, agrees to allow a judgment to be entered in favor of Plaintiff LARRY ROJAS for any reasonable attorney's fees as determined by the Court to be recoverable, as well as recoverable costs then accrued, pursuant to Federal Rule of Civil Procedure 68.

On July 17, 2015, Plaintiff accepted said Offer of Judgment.

## ARGUMENT

Rule 68 of the Federal Rules of Civil Procedure provides, in part, that:

> (a) Making an Offer; Judgment on an Accepted Offer. At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service.  **The clerk must then enter judgment.**

## CERTIFICATE REGARDING RULE 3.01(g) OF THE LOCAL RULES

N. James Turner, counsel for the Plaintiff in the above captioned matter, hereby certifies that he has conferred with counsel for the Defendants in a good faith effort to resolve the issues raised by the foregoing motion and that counsel for Defendant, DYCK-O'NEAL, INC., **does not oppose** the Plaintiff's Motion for Entry of Judgment and that counsel for the Defendant, THE LAW OFFICES OF DANIEL C. CONGUEGRA, **opposes** Plaintiff's Motion for Entry of Judgment.

## CONCLUSION

Based upon the foregoing argument and authorities, Plaintiff respectfully requests that a Judgment be entered in favor of Plaintiff, LARRY ROJAS, and against the Defendant, THE LAW OFFICES OF DANIEL CONSURGRA, in the amount of $1,001.00, reserving Plaintiff's rights to recover attorney's fees and costs.

DATED this 7 August 2015.

      /s/ N. James Turner
N. James Turner, Esq.
Counsel for Plaintiff
Florida Bar No. 0203041
37 N. Orange Avenue
Suite 500
Orlando, FL 32801
(888) 877-5103
Email address:   njtlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 7 August 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   Steve D. Tran, Esq., Law Offices of Daniel C. Consuegra, P.L., 9204 King Palm Drive, Tampa, FL 33619 and Dale T. Golden, GOLDEN SCAZ GAGAIN, PLLC, 201 North Armenia Avenue, Tampa, Florida 33609-23032.

      /s/ N. James Turner
N. James Turner, Esquire