# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY ROJAS,**

      **Plaintiff,**

**v.**                                                         Case No:   6:14-cv-1374-Orl-22GJK

**LAW OFFICES OF DANIEL C. CONSUEGRA, P.L. and DYCK-O'NEAL, INC.,**

      **Defendants.**

## ORDER

This cause is before the Court on Defendant's Motion to Exclude Evidence of Actual Damages (Doc. No. 70) filed on September 3, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 16, 2015 (Doc. No. 89), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion to Exclude Evidence of Actual Damages is hereby GRANTED.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record